No. D–20. IN RE DISBARMENT OF LEVIN. It is ordered that Robert Bernard Levin, of New York City, New York, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–21. IN RE DISBARMENT OF LIDDY. It is ordered that George Gordon Liddy, of Oxon Hill, Maryland, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 73–187. KEWANEE OIL CO. v. BICRON CORP. ET AL. C. A. 6th Cir. [Certiorari granted, ante, p. 818.] Motion of SCM Corp. for access to totality of appendix denied.

No. 73–275. ALABAMA GREAT SOUTHERN RAILROAD CO. ET AL. v. LOUISIANA;

No. 73–335. ILLINOIS CENTRAL RAILROAD CO. v. LOUISIANA;

No. 73–340. SOUTHERN PACIFIC TRANSPORTATION CO. v. LOUISIANA;

No. 73–341. TEXAS PACIFIC-MISSOURI PACIFIC TERMINAL RAILROAD OF NEW ORLEANS v. LOUISIANA; and

No. 73–342. LOUISIANA & ARKANSAS RAILWAY CO. v. LOUISIANA. Order of this Court entered November 5, 1973, dismissing appeals for want of substantial federal question is amended by deleting sentence which reads "MR. JUSTICE POWELL took no part in the consideration or decision of No. 73–275" and substituting in lieu thereof "MR. JUSTICE POWELL took no part in the consideration or decision of these appeals."